IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTIONS INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES, INC.,**<br><br>Defendant. | **CASE NO. 3:25-cv-279**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that Patent Asset Management, LLC is its parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: February 4, 2025

Respectfully submitted,

/s/ M. Scott Fuller (Texas Bar No. 24036607)
M. Scott Fuller (Texas Bar No. 24036607)
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
sfuller@ghiplaw.com

**Counsel for Plaintiff**

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 4, 2025 via the Court's CM/ECF system.

/s/ M. Scott Fuller (Texas Bar No. 24036607)
M. Scott Fuller (Texas Bar No. 24036607)
