# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTIONS INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES, INC.,**<br><br>Defendant. | **CASE NO. 3:25-cv-279**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED NOTICE OF EXTENSION BY 45 DAYS OF DEADLINE FOR CHECK POINT SOFTWARE TECHNOLOGIES, INC. TO ANSWER THE COMPLAINT

Touchpoint Projections Innovations, LLC notifies the Court that parties have agreed to extend the deadline for Check Point Software Technologies, Inc. to answer or otherwise respond to the Complaint by 45 days. Check Point Software Technologies, Inc.'s answer deadline is currently March 17, 2025, and this agreement moves the deadline to May 1, 2025.

Dated: February 25, 2025

Respectfully submitted,

/s/ M. Scott Fuller (Texas Bar No. 24036607)
M. Scott Fuller (Texas Bar No. 24036607)
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
sfuller@ghiplaw.com

**Counsel for Plaintiff**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 25, 2025 via the Court's CM/ECF system.

/s/ M. Scott Fuller (Texas Bar No. 24036607)
M. Scott Fuller (Texas Bar No. 24036607)

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that the parties have conferred and agreed to the above extension.

/s/ M. Scott Fuller (Texas Bar No. 24036607)
M. Scott Fuller (Texas Bar No. 24036607)